## FOURTH DEPARTMENT, SEPTEMBER, 1979

### (September 14, 1979)

■ ALLEN B. HARRADINE, Individually and on Behalf of Himself as Director of the Orleans County Taxpayers' Association, Inc., and All Other Citizens, Taxpayers and Voters in Orleans County, Similarly Situated, Respondent, v BOARD OF SUPERVISORS OF ORLEANS COUNTY, Appellant, and

STATE OF NEW YORK, Respondent.—Order unanimously affirmed, without costs. Memorandum: Special Term did not abuse its discretion when it struck down a 1971 court-imposed interim reapportionment plan as unconstitutional in view of a 26% deviation in representation between the Towns of Shelby and Clarendon and imposed a new interim reapportionment plan (*Reynolds v Sims,* 377 US 533; *Montano v Lee,* 401 F2d 214; see, also, *Harradine v Board of Supervisors of Orleans County,* 68 AD2d 298). (Appeal from order of Orleans Supreme Court—declaratory judgment.) Present—Dillon, P. J., Hancock, Jr., Schnepp and Doerr, JJ. (Decided Aug. 22, 1979.)